# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 6, 2026

**By ECF and Email**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *United States v. Charles Cole*, **26 Cr. 242 (VSB)**

Dear Judge Broderick,

I write on behalf of Charles Cole to respectfully request a one-week adjournment of Mr. Cole's initial appearance scheduled for Wednesday, July 8, at 2:30 p.m. In the alternative, I request that the appearance be converted to a teleconference.

I have not been appointed to represent Mr. Cole in this matter. Although I represented him on June 25, 2026, for purposes of his presentment in the Southern District of New York, he did not complete a financial affidavit and wishes to retain counsel. As of today, he is still working on those arrangements. Because Mr. Cole will need to travel from North Carolina to attend court, it would be inefficient to require him to appear on Wednesday before he has finalized arrangements to retain counsel.

It is my understanding that the Government opposes this request on the grounds that it has been nearly a month since Mr. Cole's arrest in the Western District of North Carolina and the parties might address potential representation issues at the conference. However, I am not aware of representation issues that would be productively addressed with involvement from the Government and the Court at this juncture. Accordingly, I respectfully request that the Court adjourn Mr. Cole's initial appearance by one week. Thank you for your consideration of this application.

Respectfully,

 /s/ Ariel Werner
Ariel Werner
Assistant Federal Defenders
212-417-8770

cc:  counsel of record