**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

August 17, 2026

**BY ECF**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Charles Cole,* 26 Cr. 242 (VSB)**

Dear Judge Broderick:

The Government respectfully writes to submit for the Court's consideration a proposed protective order governing the dissemination of discovery in the above-captioned case, which is submitted on consent. The enclosed protective order has been signed by both parties. The parties remain available should the Court have any questions.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: __/s Courtney L. Heavey
Courtney Heavey
Assistant United States Attorney
(212) 637-2413

Cc: All counsel (via ECF)